BENJAMIN B. WAGNER
United States Attorney
NICHOLAS M. FOGG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                               )<br>       Plaintiff,             )<br>                               )<br>                               )<br>    v.                         )<br>                               )<br> DION J. MOORE,                 )<br>                               )<br>       Defendant.              )<br>_____) | 2:11-CR-00495-KJN<br><br>Order Vacating TCH, Setting<br>Change of Plea and Judgment and<br>Sentencing, and Excluding<br>Time Under Local Code T4<br><br>DATE: February 6, 2012<br>TIME: 9:00 a.m.<br>JUDGE: Kendall J. Newman |

It is hereby Ordered that the Trial Confirmation Hearing set for January 18, 2012, is VACATED. The parties shall appear for a change of plea and a judgment and sentencing on February 6, 2012, at 9:00 a.m. Time is excluded from January 18, 2012 through February 6, 2012 under Local Code T4, as the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: January 11, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE