BENJAMIN B. WAGNER
United States Attorney
NICHOLAS M. FOGG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00495-KJN |
| | ) | |
| Plaintiff, | ) | Order Continuing Change of Plea |
| | ) | and Sentencing and Excluding |
| | ) | Time Under Local Code T4 |
| v. | ) | |
| | ) | |
| DION MOORE, | ) | DATE: February 6, 2012 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Kendall J. Newman |
| _____ | ) | |

It is hereby Ordered that the Change of Plea and Sentencing set for February 6, 2012 is CONTINUED until February 29, 2012 at 9:00 a.m.  Time is excluded from today's date through February 29, 2012 under Local Code T4, as the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: January 31, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE