**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
    **1477 Drew Avenue, Suite 106**
    **Davis, California 95618**
    **Telephone:   530.759.0700**
    **Facsimile:   530.759.0800**

**Attorney for Defendant**
**DION J. MOORE**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 11-CR-00495 CKD |
|             Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE CONTROL DATE |
| DION J. MOORE, | |
|             Defendant. | |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Nicholas Fogg, Assistant United States Attorney and Jennifer C Noble, attorney for defendant Dion J. Moore, that the control date presently set for January 30, 2013 be continued to February 13, 2013, thus vacating the presently set control date.

    Defense Counsel needs additional time to review the status of payment of fine and assessment with defendant.

**IT IS SO STIPULATED.**

Dated: January 29, 2013                      By: /s/ Jennifer C. Noble
                                                                     JENNIFER C. NOBLE
                                                                      WISEMAN LAW GROUP
                                                                      Attorney for Defendant
                                                                      **Dion J. Moore**

Dated: January 29, 2013                         Benjamin B. Wagner
                                                United States Attorney

                                                By: /s/ Nicholas Fogg
                                                NICHOLAS FOGG
                                                Special Assistant U.S. Attorney

### ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is further ordered that the January 30, 2013, control date shall be continued until February 13, 2013.

**IT IS SO ORDERED.**

**Date:  1/29/2013**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE